In the Matter of the Claim of ROBERT BOSDYCK, Respondent, against ROCHESTER FOLDING BOX COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion to amend remittitur · denied. In its present form the remittitur awarded one bill of costs to be divided equally between the claimant and the State Industrial Board; each respondent, however, being entitled to tax disbursements. (See 271 N. Y. 549.)

In the Matter of THE BANK OF UNITED STATES in Liquidation.

EDWARD J. QUINTAL et al., as Trustees in Bankruptcy of CONSOLIDATED FACTORS CORPORATION, Appellants; JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent.

(Submitted June 1, 1936; decided June 5, 1936.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: "A Federal question was involved to the extent that it was decided that section 11-d of the National Bankruptcy Act did not apply to section 72 of the Banking Law of the State of New York, and was not in conflict with it, as that law was not a statute of limitations but contained a condition precedent to the filing of a claim." (See 269 N. Y. 578.)